AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dennis, James L. | U.S. 5th Cir. Court of Appeals | 04/26/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge, Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>to<br>12/31/2020 |

**7. Chambers or Office Address**

John Minor Wisdom Building
600 Camp Street, Room 219
New Orleans, LA 70130

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Advisory Committee | Geo. W. & Jean H. Pugh Institute for Justice, a fund held by the L.S.U. Foundation for the benefit of L.S.U. Law School |
| 2. | Member, LSU Law Center Board of Trustees | LSU Law Center Board of Trustees, a consultative or advisory body to the Chancellor; appointed by Chancellor; not a governing board. |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 10/02/95 | LA State Employees' Retirement System. No control; fully vested 10/31/94. See La.R.S. 11:551 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dennis, James L. | 04/26/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | LA State Employees' Retirement System - Pension | $64,829.04 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Teachers' Retirement System of Louisiana - pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dennis, James L.** | 04/26/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dennis, James L. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | AllianceBernstein International Growth Fund (AWPAX) | A | Dividend | K | T | | | | | |
| 2. | Bank Deposit Program (Wells Fargo) | A | Interest | K | T | | | | | |
| 3. | Anchor Nat'l Life Polaris Choice II Variable Annuity (FKA AIG) | | None | N | T | | | | | |
| 4. | Amgen | B | Dividend | K | T | Sold (part) | 01/30/20 | J | D | |
| 5. | Enterprise Prods Partners | B | Dividend | K | T | | | | | |
| 6. | JP Morgan Short Term Tax Free Bond Fund | A | Dividend | J | T | | | | | |
| 7. | Plains All American Pipeline | A | Dividend | J | T | | | | | |
| 8. | Postrock Energy Corp. | | None | J | T | | | | | |
| 9. | Teekay Tankers Ltd. | | None | J | T | | | | | |
| 10. | Centurylink (name change to Lumen) | A | Dividend | J | T | | | | | |
| 11. | Hercules Tech. Capital Inc. | A | Dividend | J | T | | | | | |
| 12. | Hewlett Packard Enterprise Co. | A | Dividend | | | Sold | 01/31/20 | J | B | |
| 13. | Sandridge Mississippian Trust I | A | Dividend | J | T | | | | | |
| 14. | Delta Airlines | A | Dividend | J | T | | | | | |
| 15. | Apple Inc. | A | Dividend | L | T | | | | | |
| 16. | First Trust IPO (ETF) | A | Dividend | K | T | | | | | |
| 17. | Intel Corp. | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e g , buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. PGIM Short Duration High Yield Fund (CEF) | A | Dividend | J | T | | | | | |
| 19. KKR & Co. | A | Dividend | K | T | | | | | |
| 20. Taylor Morrison Home Corp. | | None | J | T | | | | | |
| 21. Trinity Industries | A | Dividend | | | Sold | 01/30/20 | J | C | |
| 22. Cisco Systems | A | Dividend | J | T | | | | | |
| 23. Corenergy Infrastructure Trust Inc. | A | Dividend | J | T | | | | | |
| 24. General Motors | A | Dividend | J | T | | | | | |
| 25. United Rentals | | None | K | T | | | | | |
| 26. Advent Claymore Convertible | A | Dividend | J | T | | | | | |
| 27. Gabelli Dividend & Income Fund (CEF) | A | Dividend | J | T | | | | | |
| 28. RMR Group, Inc. (X) | A | Dividend | J | T | | | | | |
| 29. MPLX LP | B | Dividend | | | Sold | 01/30/20 | J | A | |
| 30. Veritiv Corp. | | None | J | T | | | | | |
| 31. Fiat Chrysler (name change to Stellantis) | A | Dividend | K | T | | | | | |
| 32. Lamar Advertising | A | Dividend | K | T | | | | | |
| 33. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 34. Nuveen Muni 2021 Target (CEF) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dennis, James L. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Nuveen Emerging Markets Debt (CEF) 2022 Term | B | Dividend | K | T | | | | | |
| 36. Micron Technology | | None | K | T | | | | | |
| 37. Carlyle Group LP | A | Dividend | J | T | | | | | |
| 38. Accenture Ireland PLC | A | Dividend | K | T | | | | | |
| 39. Alphabet Inc. Class A | | None | K | T | | | | | |
| 40. AT&T Inc. | A | Dividend | J | T | | | | | |
| 41. Chevron Corp. | A | Dividend | J | T | | | | | |
| 42. Chubb Ltd. | A | Dividend | K | T | | | | | |
| 43. Citigroup Inc. | A | Dividend | J | T | | | | | |
| 44. CVS Health Corp. | A | Dividend | K | T | | | | | |
| 45. Danaher Corp. | A | Dividend | K | T | | | | | |
| 46. Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 47. Facebook Inc. | | None | K | T | | | | | |
| 48. HSBC Holdings | B | Dividend | J | T | | | | | |
| 49. Illinois Tool Works Inc. | A | Dividend | K | T | | | | | |
| 50. Intercontinental Hotel Group | A | Dividend | K | T | | | | | |
| 51. Merck | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dennis, James L.** | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 53. Starbucks Corp. | A | Dividend | K | T | | | | | |
| 54. UBS Group | B | Dividend | K | T | | | | | |
| 55. Amazon.com | | None | K | T | | | | | |
| 56. U.S. Foods Holdings Corp | | None | J | T | | | | | |
| 57. SAP SE ADS | A | Dividend | K | T | | | | | |
| 58. Energy Transfer L.P. | D | Distribution | K | T | | | | | |
| 59. Perspecta Inc. | A | Dividend | J | T | | | | | |
| 60. Costco Whs/Corp | A | Dividend | K | T | Buy | 01/31/20 | K | | |
| 61. L3 Harris Tech | A | Dividend | K | T | Buy | 01/31/20 | K | | |
| 62. PayPal Holdings Inc. | | None | L | T | Buy | 01/31/20 | K | | |
| 63. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dennis, James L.** | 04/26/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.  The LSU Law Center Board of Trustees has no reportable assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James L. Dennis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544